IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ROBERT MCCOOL, | : | Civ. No. 4:14-CV-0082 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Mehalchick) |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
December 8, 2014

**BACKGROUND:**

The undersigned has given full and independent consideration to the October 24, 2014 report and recommendation of Magistrate Judge Karoline Mehalchick (ECF No. 48). The Plaintiff filed several subsequent documents (ECF Nos. 49, 51), and the Defendant filed a Brief in Opposition (ECF No. 50).

Because this Court agrees with Magistrate Judge Mehalchick's analysis, the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Karoline Mehalchick's Report and Recommendation is ADOPTED in full (ECF No. 48).

2. All pending motions are DENIED without prejudice as moot (ECF Nos. 14, 27, 29, 40).

3. Pursuant to 28 U.S.C. § 1447(c), the case is REMANDED to the Court of Common Pleas of Snyder County, Pennsylvania, from which is was removed.

4.. The clerk is directed to send the appropriate documents to the prothonotary of the Court of Common Pleas of Snyder County, Pennsylvania, and to close this case file.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge